TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
        Social Security Administration
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (510) 970-4836
        E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LATAISHA LAKEE MAGEE,

　　　　Plaintiff,

　　　　　　v.

FRANK BISIGNANO,
Commissioner of Social Security,

　　　　Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:26-cv-00117-DMK

[PROPOSED]
**ORDER OF REMAND**

　　　　Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: 5/13/2026

_____
HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE